DENNIS B. HENNESSY, Respondent, *v.* THE SCHUBERT PIANO COMPANY, Appellant.

*Hennessy* v. *Schubert Piano Co.,* 171 App. Div. —, appeal dismissed.

(Argued January 3, 1916; decided January 11, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action for money had and received.

The motion was made upon the grounds that the appeal was taken solely for purpose of delay, it being frivolous and presenting no question of law for review.

*Louis Lowenstein* for motion.

*A. G. Lampke* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.